

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00470-CR

Jesse Garrett **WEITENBECK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7674
Honorable Steve Hilbig, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 22, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice